MURIEL V. BOLLERMAN, Respondent, v. JEAN COX, Appellant.—

 No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.